JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVINA TONAPETYAN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID M. RADEL, ET AL., <br><br> Defendants. | No. 2:24-cv-06807-TJH-PVC <br><br> **ORDER RE: JOINT STIPULATION TO DISMISS CASE [25]** <br><br> Honorable Terry J. Hatter, Jr. <br> United States District Judge |

Having read and considered the Joint Stipulation to Dismiss Case submitted by the parties, and finding good cause therefore, IT IS HEREBY ORDERED that the instant action shall be dismissed.

Dated: June 17, 2026

_____

HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE